IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DANIEL OWENS**  **PLAINTIFF**
**#3834**

v.                     No. 3:22-cv-334-DPM

**CALVIN HERRELL, Lawyer,**
**Calvin Herrell Law Office**               **DEFENDANT**

## JUDGMENT

Owens's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 January 2023